No. 152. REALTY ACCEPTANCE CORP. *v.* MONTGOMERY. October 14, 1935. Petition for writ of certiorari to the

Circuit Court of Appeals for the Third Circuit denied. *Mr. R. Randolph Hicks* for petitioner. *Messrs. Robert H. Richards* and *Thomas J. Crawford* for respondent.